Nos. 11-11549-BB, 08-16961-B
IN THE
United States Court of Appeals
FOR THE ELEVENTH CIRCUIT



No. 08-16961-B

ALABAMA ENVIRONMENTAL COUNCIL, *et al.*,
Cross-Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,
Respondents,

ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,
ALABAMA POWER COMPANY & TENNESSEE VALLEY AUTHORITY,
Intervenors.

---

No. 11-11549-BB

ALABAMA POWER COMPANY,
Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,
Respondents.

---

MOTION OF THE UTILITY AIR REGULATORY GROUP FOR
LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT
OF PETITIONER ALABAMA POWER COMPANY
AND SUPPORTING VACATUR IN NO. 11-11549-BB

---

F. William Brownell
Lauren E. Freeman
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 955-1500
*Counsel for the Utility Air Regulatory Group*

June 27, 2011

## FRAP RULE 26.1 DISCLOSURE STATEMENT

The Utility Air Regulatory Group (UARG) is a not-for-profit association of individual electric generating companies and national trade associations that participates collectively in: (a) administrative proceedings that arise under the Clean Air Act and that affect electric generators; and (b) litigation resulting from those proceedings. UARG has issued no shares or debt securities to the public and has no parent company. No publicly held company has a 10% or greater ownership interest in UARG.

Lauren E. Freeman
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, DC 20006
Counsel for the Utility Air
Regulatory Group

Dated: June 27, 2011

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel for the Utility Air Regulatory Group certifies that the following judges, attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this petition:

Alabama Department of Environmental Management

Alabama Energy Providers, Inc. (Affiliate of Alabama Power Company)

Alabama Environmental Council

Alabama Power Capital Trust IV (Affiliate of Alabama Power Company)

Alabama Power Capital Trust V (Affiliate of Alabama Power Company)

Alabama Power Capital Trust VI (Affiliate of Alabama Power Company)

Alabama Power Capital Trust VII (Affiliate of Alabama Power Company)

Alabama Power Capital Trust VIII (Affiliate of Alabama Power Company)

Alabama Power Company (Petitioner) (stock symbols: ALZ; ALM; ALQ; ABA; ALP-PN; ALP-PO; ALP-PP; ALBPP.PK)

Alabama Property Company (Affiliate of Alabama Power Company)

Brownell, F. William (Counsel for Utility Air Regulatory Group)

Casey, Thomas L., III (Counsel for Alabama Power Company)

Cirino, Paul (Counsel for Respondent)

Costa, Michael A.

Cruden, John (Counsel for Respondent)

Doyle, Andrew J. (Counsel for Respondent)

Ebersbach, Kurt D.

Freeman, Lauren E. (Counsel for Utility Air Regulatory Group)

Freeman, Michael D. (Counsel for Alabama Power Company)

Fleming, Gwendolyn Keyes (U.S. E.P.A. Region 4 Administrator)

GAMOG Lease Holding G, LLC (Affiliate of Alabama Power Company)

GAMOG Lease Holding H, LLC (Affiliate of Alabama Power Company)

GAMOG Lease Holding I, LLC (Affiliate of Alabama Power Company)

GAMOG Lease, Inc. (Affiliate of Alabama Power Company)

GAMOG Trust G (Affiliate of Alabama Power Company)

GAMOG Trust H (Affiliate of Alabama Power Company)

GAMOG Trust I (Affiliate of Petitioner)

Georgia Land Holdings & Development, LLC (Affiliate of Alabama Power Company)

Georgia Power Capital Trust VII (Affiliate of Alabama Power Company) (stock symbol: GPE-PX)

Georgia Power Childcare, LLC (Affiliate of Alabama Power Company)

Georgia Power Company (Affiliate of Alabama Power Company) (stock symbols: GAR; GPE-PA; GAT)

Gidiere, P. Stephen, III (Counsel for Alabama Power Company)

Gillen, Maria V. (Attorney, TVA)

GreenLaw

Gulf Power Company (Affiliate of Petitioner) (stock symbols: GUL; GLFPN.PK)

Hays, George E.

Hillabee Acquisition Company, LLC (Affiliate of Alabama Power Company)

Jackson, Lisa (Respondent and U.S. E.P.A. Administrator)

Kemper Natural Resources, LLC (Affiliate of Alabama Power Company)

Kornylak, Vera S. (Counsel for Alabama Power Company)

Lancaster, Frank H. (Senior Attorney TVA)

Lorenzen, Thomas (Counsel for Respondent)

Ludder, David A.

McKinney, Steven G. (Counsel for Alabama Power Company)

Mississippi Power Company (Affiliate of Alabama Power Company) (stock symbols: MPJ; MP-PD)

Moore, William J., III

Nacogdoches Power, LLC (Affiliate of Petitioner)

Natural Resource Defense Council

NUON Lease Holding D, LLC (Affiliate of Alabama Power Company)

NUON Lease Holding E, LLC (Affiliate of Alabama Power Company)

NUON Lease Holding F, LLC (Affiliate of Alabama Power Company)

NUON Lease, Inc. (Affiliate of Alabama Power Company)

NUON Trust D (Affiliate of Alabama Power Company)

NUON Trust E (Affiliate of Alabama Power Company)

NUON Trust F (Affiliate of Alabama Power Company)

Oleander Power Project, LP (Affiliate of Alabama Power Company)

Orlin, David P.W. (Counsel for Respondent)

Our Children's Earth Foundation

Piedmont-Forrest Corporation (Affiliate of Alabama Power Company)

Reese Telecommunications, Inc. (Affiliate of Alabama Power Company)

Schneeberg, Sara (Counsel for Respondent)

SE Choctaw, Inc. (Affiliate of Alabama Power Company)

SE Choctaw, L.L.C. (Affiliate of Alabama Power Company)

SE Choctaw II, L.L.C. (Affiliate of Alabama Power Company)

SE Finance Capital Corporation II (Affiliate of Alabama Power Company)

SE Hawaii, Inc. (Affiliate of Alabama Power Company)

SE Lease, Inc. (Affiliate of Alabama Power Company)

SE Puna, L.L.C. (Affiliate of Alabama Power Company)

SE Puna Lease, L.L.C. (Affiliate of Alabama Power Company)

SE Ravenswood Lease L.L.C. (Affiliate of Alabama Power Company)

SE Ravenswood Trust (Affiliate of Alabama Power Company)

Sibley, Steven Shawn

Sierra Club

Signer, Gregory R. (Assistant General Counsel, TVA)

Southern Communication Services, Inc. (Affiliate of Alabama Power Company)

Southern Company Electrotechnologies, Inc. (Affiliate of Alabama Power Company

Southern Company Funding Corporation (Affiliate of Alabama Power Company)

Southern Company – Florida, LLC (Affiliate of Alabama Power Company)

Southern Company Holdings, Inc. (Affiliate of Alabama Power Company)

Southern Company Gas, LLC (Affiliate of Alabama Power Company)

Southern Company – Oleander, LLC (Affiliate of Alabama Power Company)

Southern Company Services Inc. (Affiliate of Alabama Power Company)

Southern Electric Generating Company (Affiliate of Alabama Power Company)

Southern Electric Railroad Company (Affiliate of Alabama Power Company)

Southern Generation Technologies, LLC

Southern Management Development, Inc. (Affiliate of Alabama Power Company)

Southern Nuclear Development LLC (Affiliate of Alabama Power Company)

Southern Nuclear Operating Company, Inc. (Affiliate of Alabama Power Company)

Southern Nuclear Services LLC (Affiliate of Alabama Power Company

Southern Power Company (Affiliate of Alabama Power Company)

Southern Power Company – Orlando Gasification, LLC (Affiliate of Alabama Power Company)

Southern Renewable Energy, LLC (Affiliate of Alabama Power Company)

Southern Telecom, Inc. (Affiliate of Alabama Power Company) (stock symbol: STJSY.PK; UTELP.ME; UTEL.ME)

Southern Turner Cimarron Capital, LLC (Affiliate of Alabama Power Company)

Southern Turner Cimarron I, LLC (Affiliate of Alabama Power Company)

Southern Turner Renewable Energy, LLC (Affiliate of Alabama Power Company)

SP Oleander I, LLC (Affiliate of Alabama Power Company)

SP Oleander II, LLC (Affiliate of Alabama Power Company)

St. Lucie Holdings Cana, LLC (Affiliate of Alabama Power Company )

Tennessee Valley Authority

The Southern Company (Parent of Alabama Power Company) (stock symbol: SO)

Thompson, Justine

U.S. Environmental Protection Agency (Respondent)

Utility Air Regulatory Group

Vaden, Christopher (Counsel for Respondent)

Wayne County Development, LLC (Affiliate of Alabama Power Company)

Wilcox, Geoffrey (Counsel for Respondent)

/s/ Lauren E. Freeman
Lauren E. Freeman
HUNTON & WILLIAM, LLP
1900 K Street, N.W.
Washington, DC 20006
Counsel for Utility Air Regulatory Group

June 27, 2011

# MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure ("FRAP") and 11th Cir. R. 29-1, the Utility Air Regulatory Group ("UARG") hereby moves for leave to file the accompanying brief *amicus curiae* in support of Petitioner Alabama Power Company and supporting vacatur of the action of the U.S. Environmental Protection Agency ("EPA") in No. 11-11549-B. In support of this motion, UARG states as follows:

1. UARG is a non-profit, unincorporated trade association of individual electric utilities located throughout the country and of national industry trade associations. The electric utilities and other electric generating companies that are members of UARG own and operate power plants and other facilities that generate electricity for residential, commercial, industrial, and institutional customers. UARG's purpose is to participate on behalf of its members collectively in rulemakings and other Clean Air Act ("CAA" or "the Act") proceedings that affect the interests of electric generators, and in litigation arising from those proceedings.

2. Under § 110 of the Clean Air Act ("CAA" or "the Act"), 42 U.S.C. § 7410, states must adopt through notice and comment and then obtain approval from EPA for their State Implementation Plans ("SIPs") and for revisions made to those SIPs. UARG's members own and operate sources that are regulated under SIPs in numerous states. Among those members are electric utility companies lo-

cated in the State of Alabama which are specifically subject to regulation under the requirements of the Alabama SIP that is at issue in this case.

3.   UARG previously participated in the administrative proceeding that culminated in the EPA action at issue here. *See* Comments of the Utility Air Regulatory Group on EPA's Proposed Approval, and Alternative Proposed Disapproval, of Revisions to Alabama's Visible Emissions Rule (Dec. 16, 2009) (R. #62); Comments of the Utility Air Regulatory Group on EPA's Proposed Approval of Revisions to the Visible Emissions Portion of the Alabama Implementation Plan (June 11, 1997) (R. #23).

4   A ruling in favor of Cross-Petitioners in No. 08-16961-B and/or in favor of Respondent EPA in No. 11-11549-BB may adversely affect the legal interests of UARG members in states within the Eleventh Circuit, if not beyond. In resolving the issues presented by these consolidated cases, the Court will necessarily decide legal principles related to EPA's asserted authority to rescind unilaterally its prior final approval of a SIP revision. At a minimum, an adverse ruling by this Court would have direct *stare decisis* effect for UARG members in states within the Eleventh Circuit.

5.   As a result of UARG's involvement in the administrative proceeding that culminated in the EPA action at issue here, as well as in similar proceedings involving other SIPs in other states over the years, UARG has a unique under-

standing of how the development, submission, and approval (and disapproval) of SIPs and SIP revisions is intended to work, and has worked, under 42 U.S.C. § 7410. Accordingly, while UARG seeks leave to file in support of Alabama Power Company, UARG's *amicus curiae* brief will support but not duplicate the arguments made by Alabama Power Company. For these reasons, the matters which UARG addresses are relevant to, and should aid the Court in the disposition of, this case. Filing the accompanying brief is therefore desirable.

6. UARG's brief *amicus curiae* is being submitted within seven days of the filing of Alabama Power Company's principal brief and thus is timely under FRAP 29(e). Furthermore, UARG's brief conforms to the requirements as to content, form, and length set forth in FRAP 29(c) and (d) and 11th Cir. R. 29-2.

WHEREFORE, UARG requests leave of this Court to file this brief *amicus curiae*.

Respectfully submitted,

F. William Brownell
Lauren E. Freeman
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, DC 20006
Counsel for the Utility Air
Regulatory Group

Dated: June 27, 2011

CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2011, a copy of the foregoing motion has been served by Federal Express on the following:

Steven G. McKinney
Michael D. Freeman
P. Stephen Gidiere III
Thomas L. Casey III
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203

Lisa P. Jackson
U.S. Environmental Protection Agency
1001A EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

George E. Hays
Attorney at Law
236 West Portal Avenue, #110
San Francisco, California 94127
(415) 566-5414

Kurt D. Ebersbach
GreenLaw
104 Marietta Street NW, Suite 430
Atlanta, Georgia 30303-2743
(404) 659-3122

Paul Cirino
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026
(202) 514-8864

William J. Moore, III
The Law Office of
William J. Moore, III, P.A.
1648 Osceola Street
Jacksonville, Florida 32204
(904) 685-2172

Michael A. Costa
Attorney at Law
3848 Sacramento Street, #2
San Francisco, California 94118
(415) 342-0042

David A. Ludder
Law Office of David A. Ludder, P.C.
9150 McDougal Court
Tallahassee, Florida 32312-4208
(850) 386-5671

Anthony Todd Carter
Alabama Department of Environmental Management
1400 Coliseum Boulevard
Montgomery, Alabama 36110-2400
(334) 934-4353

Frank H. Lancaster
Harriet A. Cooper
Tennessee Valley Authority
400 West Summit Hill Drive #WT-6A
Knoxville, Tennessee 37902-2400
(865) 632-7327

1

Steven Shawn Sibley
Alabama Department of Environmental Management
1400 Coliseum Boulevard
Montgomery, Alabama 36130-1463
(334) 271-7855

Andrew J. Doyle
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-4427

Lauren E. Freeman
Counsel for Utility Air Regulatory Group

2